# IN THE UNITED STATES DISCTRIC COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| KAREN BACKUES KEIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MHM SERVICES, et al. ) <br> ) <br> Defendants. ) | Case No.: 5:18-cv-06074-BP |

## Defendant Bearden's Amended Exhibit Index

| O&A = offered & admitted w/o objection <br> Ex = offered, but objected to and excluded <br> Adm = admitted | Ltd = admitted for limited purposes <br> X = offered & admitted over objection <br> NO = marked, but not offered <br> WD = offered then withdrawn |
|---|---|

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D1 | | | | Edward Bearden's Time and Attendance Records 2012 (Bearden 4315-4380) (66 pages) |
| D2 | | | | Edward Bearden's Time and Attendance Records 2013 (Bearden 4381-4436) (56 pages) |
| D3 | | | | Edward Bearden's Time and Attendance Records 2014 (Bearden 4437-4511) (75 pages) |
| D4 | | | | Edward Bearden's Time and Attendance Records 2015 (Bearden 4512-4561) (50 pages) |
| D5 | | | | Edward Bearden's Time and Attendance Records 2016 (Bearden 4562-4640) (79 pages) |
| D6 | | | | Edward Bearden's Time and Attendance Records 2017 (Bearden 4641-4730) (90 pages) |
| D7 | | | | Edward Bearden's Time and Attendance Records 2018 (Bearden 4731-4868) (138 pages) |
| D8 | | | | Edward Bearden Third Shift COI Duty Assignments 1/31/2012 (Keil Subpoena MDOC 000766) (2 pages) |
| D9 | | | | Edward Bearden Third Shift Duty Assignments 12/10/2012 (Keil Subpoena MDOC -000762) (1 page) |
| D10 | | | | Edward Bearden Second Shift COI Duty Assignments 1/17/2014 (Keil Subpoena MDOC 000749) (1 page) |
| D11 | | | | Designation Notice FMLA 7/20/2018 (Keil Subpoena MDOC 000737) (1 page) |
| D12 | | | | Anonymous Letter to Warden Re: Bearden Sick Leave 7/10/2018 (Keil Subpoena MDOC 000735) (1 page) |

| O&A | = offered & admitted w/o objection | | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | | X | = offered & admitted over objection |
| Adm | = admitted | | | NO | = marked, but not offered |
| | | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D13 | | | | 1st Engage Meeting Notes 2/6/2018 (Keil Subpoena 000958) (1 page) |
| D14 | | | | Bearden Interoffice Communication Resignation 5/11/2018 (Bearden 04912) (1 page) |
| D15 | | | | Bearden Resignation Acceptance 5/11/2018 (Bearden 04911) (1 page) |
| D16 | | | | PREA Unit Investigation Report 2018010067 (Keil Subpoena MDOC 001687-001695) (9 pages) |
| D17 | | | | Letter from Kent Gipson to Kenny Jones 8/16/2018 (Keil Subpoena MDOC 031761) (4 pages) |
| D18 | | | | Letter from Kent Gipson to Greg Barnes 6/5/2018 (2 pages) |
| D19 | | | | Chillicothe Correctional Center Building Layouts (Precythe 001831-001846) (16 pages) |
| D20 | | | | Chillicothe Correctional Center Facility Camera List (Precythe 000490-000493) (4 pages) |
| D21 | | | | Memo and Interoffice Communications Re: COs having sex 11/27/2017 Received by Office of the Major (Keil Subpoena MDOC 023897-023899) (3 pages) |
| D22 | | | | Dean Institutional Work Summary (Dean Subpoena MDOC 010846-010849 - Dean) (4 pages) |
| D23 | | | | Dean Housing History Printout (Dean Subpoena MDOC 010941-010942) (2 pages) |
| D24 | | | | Keil Mental Health Records at MDOC 2011-2015) (Keil Subpoena MDOC 031692-031760) (69 pages) |
| D25 | | | | Keil Mental Health Records - Care Therapeutic Services Records 2/3/2018-9/1/2019 (Keil RFP 2nd 91-150) (60 pages) |
| D26 | | | | Keil Mental Health Records Beautiful Minds 11/14/2018-12/6/2018 (Keil RFP 2nd 85-90) (6 pages) |
| D27 | | | | Keil Mental Health Records MOCSA 2010-2012; 2019 (Keil RFP 2nd 152-178 (27 pages) |
| D28 | | | | Betz Mental Health Records at MDOC (Betz Subpoena MDOC 4462-4475) (14 pages) |
| D29 | | | | Betz Mental Health Records Preferred Family Healthcare of Missouri 8/30/2018-1/9/2019 (Betz RFP 048-112) (65 pages) |
| D30 | | | | Zieser Mental Health Records at MDOC (Keil Subpoena MDOC 32608-32610) (3 pages) |
| D31 | | | | Zieser My Life Story 4/15/2014 Completed at Treatment (Zieser Subpoena 15732-15737) (6 pages) |
| D32 | | | | Doe Mental Health Records Central Ozarks Medical Center 1/22/2019-2/20/2020 (24 pages) |
| D33 | | | | Doe Mental Health Records Compass Health Network 1/22/2019-1/8/2020) (6 pages) |

| O&A | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| --- | --- | --- | --- |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| Adm | = admitted | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| D34 | | | | Keil Offender Financial Services Account Statement – 6/1/2011-2/1/2017 (Keil Subpoena MDOC 030893-030923) (31 pages) |
| D35 | | | | Betz Offender Financial Services Account Statement – 7/1/2012-7/30/2016 (Keil Subpoena MDOC 032177-032195) (19 pages) |
| D36 | | | | Zieser Offender Financial Services Account Statement – 12/1/2013-5/10/2017 (Keil Subpoena MDOC 032379-032393) (15 pages) |
| D37 | | | | Zieser Emails to Amie Calder 6/25/2018 and 2/2/2018 (Zieser Subpoena MDOC 14529-14530) (2 pages) |
| D38 | | | | Letter from YMCA to Karen Keil 6/21/2017 (Keil Subpoena MDOC 031847) (1 page) |
| D39 | | | | Betz Facebook Communications with Teresa Davis 1/24/2018-3/2/2018 (Betz Supplemental Responses) (1 page) |
| D40 | | | | Keil Housing History (Keil Subpoena MDOC 031947) (1 page) |
| D41 | | | | Keil Offender Roommate History (Keil Subpoena MDOC 030272-030275) (4 pages) |
| D42 | | | | Zieser Offender Housing History (Zieser Subpoena MDOC 015069) (1 page) |
| D43 | | | | Zieser Offender Roommate History (Zieser Subpoena MDOC 015070-015079) (10 pages) |
| D44 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2013 - Bearden 00001-00062) (62 pages) |
| D45 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2013 - Bearden 00063-00118) (56 pages) |
| D46 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2013 - Bearden 00119-00180) (62 pages) |
| D47 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2013 - Bearden 00181-00240) (60 pages) |
| D48 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2013 - Bearden 00241-00302) (62 pages) |
| D49 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2013 - Bearden 00303-00362) (60 pages) |
| D50 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2013 - Bearden 00363-00424) (62 pages) |
| D51 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC August 2013 - Bearden 00425-00486) (62 pages) |
| D52 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC September 2013 - Bearden 00487-00546) (60 pages) |
| D53 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC October 2013 - Bearden 00547-00608) (62 pages) |

| | | | | |
|---|---|---|---|---|
| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D54 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC November 2013 - Bearden 00609-00668) (60 pages) |
| D55 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC December 2013 - Bearden 00669-00730) (62 pages) |
| D56 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2014 - Bearden 00731-007909) (60 pages) |
| D57 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2014 - Bearden 00791-00844) (54 pages) |
| D58 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2014 - Bearden 00845-00906) (62 pages) |
| D59 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2014 - Bearden 00907-00966) (60 pages) |
| D60 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2014 - Bearden 00997-01040) (44 pages) |
| D61 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2014 - Bearden 01041-01098) (58 pages) |
| D62 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2014 - Bearden 01099-01160) (62 pages) |
| D63 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC August 2014 - Bearden 01161-01222) (62 pages) |
| D64 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC September 2014 - Bearden 01123-01282) (60 pages) |
| D65 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC October 2014 - Bearden 01283-01344) (62 pages) |
| D66 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC November 2014 - Bearden 01345-01402) (58 pages) |
| D67 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC December 2014 - Bearden 01403-01480) (78 pages) |
| D68 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2015 - Bearden 01481-01541) (62 pages) |
| D69 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2015 - Bearden 01542-01597) (56 pages) |
| D70 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2015 - Bearden 01598-01659) (62 pages) |
| D71 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2015 - Bearden 01660-01719) (60 pages) |

| | | | | |
|---|---|---|---|---|
| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D72 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2015 - Bearden 01720-01781) (62 pages) |
| D73 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2015 - Bearden 01782-01843) (62 pages) |
| D74 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2015 - Bearden 01844-01905) (62 pages) |
| D75 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC August 2015 - Bearden 01906-01967) (62 pages) |
| D76 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC September 2015 - Bearden 01968-02027) (60 pages) |
| D77 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC October 2015 - Bearden 02028-02089) (62 pages) |
| D78 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC November 2015 - Bearden 02090-02149) (60 pages) |
| D79 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC December 2015 - Bearden 02150-02211) (62 pages) |
| D80 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2016 - Bearden 02212-02273) (62 pages) |
| D81 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2016 - Bearden 02274-02331) (58 pages) |
| D82 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2016 - Bearden 02332-02393) (62 pages) |
| D83 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2016 - Bearden 02394-02453) (60 pages) |
| D84 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2016 - Bearden 02454-02515) (62 pages) |
| D85 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2016 - Bearden 02516-02575) (60 pages) |
| D86 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2016 - Bearden 02576-02637) (62 pages) |
| D87 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC August 2016 - Bearden 02638-02697) (60 pages) |
| D88 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC September 2016 - Bearden 02698-02757) (60 pages) |
| D89 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC October 2016 - Bearden 02758-02819) (62 pages) |
| D90 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC November 2016 - Bearden 02820-02879) (60 pages) |

| O&A | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex  | = offered, but objected to and excluded | X | = offered & admitted over objection |
| Adm | = admitted | NO | = marked, but not offered |
|     |                                    | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D91  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC December 2016 - Bearden 02880-02941) (62 pages) |
| D92  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2017 - Bearden 02942-03003) (62 pages) |
| D93  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2017 - Bearden 03004-03059) (56 pages) |
| D94  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2017 - Bearden 03060-03121) (62 pages) |
| D95  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2017 - Bearden 03122-03181) (60 pages) |
| D96  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2017 - Bearden 03182-03243) (62 pages) |
| D97  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2017 - Bearden 03244-03305) (62 pages) |
| D98  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2017 - Bearden 03306-03365) (60 pages) |
| D99  | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC August 2017 - Bearden 03366-03427) (62 pages) |
| D100 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC September 2017 - Bearden 03428-03487) (60 pages) |
| D101 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC October 2017 - Bearden 03488-03549) (62 pages) |
| D102 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC November 2017 - Bearden 03550-03609) (60 pages) |
| D103 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC December 2017 - Bearden 03610-03671) (62 pages) |
| D104 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC January 2018 - Bearden 03672-03731) (60 pages) |
| D105 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC February 2018 - Bearden 03732-03787) (56 pages) |
| D106 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC March 2018 - Bearden 03788-03849) (62 pages) |
| D107 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC April 2018 - Bearden 03850-03908) (60 pages) |
| D108 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC May 2018 - Bearden 03909-03977) (68 pages) |

| O&A | = offered & admitted w/o objection | | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | | X | = offered & admitted over objection |
| Adm | = admitted | | | NO | = marked, but not offered |
| | | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| D109 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC June 2018 - Bearden 03978-04037) (60 pages) |
| D110 | | | | Missouri Department of Corrections Shift Supervisor/Control Center Chronological Log – CCC July 2018 - Bearden 04038-04069) (32 pages) |
| D111 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4183) (1 page) |
| D112 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4185) (1 page) |
| D113 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4186) (1 page) |
| D114 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4187) (1 page) |
| D115 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4188) (1 page) |
| D116 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4189) (1 page) |
| D117 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4190) (1 page) |
| D118 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4191) (1 page) |
| D119 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4193) (1 page) |
| D120 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4196) (1 page) |
| D121 | | | | Photo at CCC in Recreation Hallway (Betz Subpoena MDOC 4198) (1 page) |
| D122 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4201) (1 page) |
| D123 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4202) (1 page) |
| D124 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4203) (1 page) |
| D125 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4204) (1 page) |
| D126 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4205) (1 page) |
| D127 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4206) (1 page) |
| D128 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4207) (1 page) |
| D129 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4209) (1 page) |
| D130 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4210) (1 page) |
| D131 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4211) (1 page) |

| | | | | |
|---|---|---|---|---|
| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D132 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4212) (1 page) |
| D133 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4213) (1 page) |
| D134 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4214) (1 page) |
| D135 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4215) (1 page) |
| D136 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4216) (1 page) |
| D137 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4217) (1 page) |
| D138 | | | | Photo at CCC in Recreation building (Betz Subpoena MDOC 4218) (1 page) |
| D139 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4219) (1 page) |
| D140 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4220) (1 page) |
| D141 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4221) (1 page) |
| D142 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4222) (1 page) |
| D143 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4223) (1 page) |
| D144 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4224) (1 page) |
| D145 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4225) (1 page) |
| D146 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4226) (1 page) |
| D147 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4227) (1 page) |
| D148 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4228) (1 page) |
| D149 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4229) (1 page) |
| D150 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4230) (1 page) |
| D151 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4231) (1 page) |
| D152 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4233) (1 page) |
| D153 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4235) (1 page) |
| D154 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4236) (1 page) |

| O&A | = offered & admitted w/o objection | | | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | | | X | = offered & admitted over objection |
| Adm | = admitted | | | NO | = marked, but not offered |
| | | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D155 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4238) (1 page) |
| D156 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4239) (1 page) |
| D157 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4240) (1 page) |
| D158 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4241) (1 page) |
| D159 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4242) (1 page) |
| D160 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4243) (1 page) |
| D161 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4246) (1 page) |
| D162 | | | | Photo at CCC in Vocational Education building (Betz Subpoena MDOC 4247) (1 page) |
| D163 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4249) (1 page) |
| D164 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4250) (1 page) |
| D165 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4251) (1 page) |
| D166 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4254) (1 page) |
| D167 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4255) (1 page) |
| D168 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4256) (1 page) |
| D169 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4257) (1 page) |
| D170 | | | | Photo at CCC in Housing Unit 6 (Betz Subpoena MDOC 4258) (1 page) |
| D171 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4269) (1 page) |
| D172 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4270) (1 page) |
| D173 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4271) (1 page) |
| D174 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4272) (1 page) |
| D175 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4273) (1 page) |
| D176 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4275) (1 page) |
| D177 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4276) (1 page) |

| O&A | = offered & admitted w/o objection | | | Ltd | = admitted for limited purposes |
| --- | --- | --- | --- | --- | --- |
| Ex | = offered, but objected to and excluded | | | X | = offered & admitted over objection |
| Adm | = admitted | | | NO | = marked, but not offered |
| | | | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| D178 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4277) (1 page) |
| D179 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4278) (1 page) |
| D180 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4279) (1 page) |
| D181 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4283) (1 page) |
| D182 | | | | Photo at CCC in Housing Unit 7 (Betz Subpoena MDOC 4285) (1 page) |
| D183 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4288) (1 page) |
| D184 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4304) (1 page) |
| D185 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4306) (1 page) |
| D186 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4307) (1 page) |
| D187 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4309) (1 page) |
| D188 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4312) (1 page) |
| D189 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4321) (1 page) |
| D190 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4333) (1 page) |
| D191 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4338) (1 page) |
| D192 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4339) (1 page) |
| D193 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4340) (1 page) |
| D194 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4341) (1 page) |
| D195 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4342) (1 page) |
| D196 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4343) (1 page) |
| D197 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4345) (1 page) |
| D198 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4346) (1 page) |
| D199 | | | | Photo at CCC in Administration Building (Betz Subpoena MDOC 4347) (1 page) |
| D200 | | | | Those exhibits which may be listed or offered by Plaintiff |

| O&A = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>Adm = admitted | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn |
|---|---|---|---|---|
| Exhibit Number | Action Taken | Date | Time | Description |
| D201 | | | | All exhibits required for proper impeachment |
| D202 | | | | All rebuttal exhibits |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____        _____
Date        Signature

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Nicolas Taulbee*
Nicolas Taulbee
MO Bar Number: 61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Phone: (816) 889-5000
Facsimile: (816) 889-5006
Email: Nicolas.Taulbee@ago.mo.gov
*Attorneys for Defendant Bearden*

## Certificate of Service

I hereby certify that a copy of the foregoing was electronically filed on January 19, 2022, with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<i>/s/ Nicolas Taulbee</i><br>Assistant Attorney General