IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KAREN BACKUES KEIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-06074-CV-BP |
| ) | |
| EDWARD BEARDEN, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

  X   **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict entered on April 28, 2022 (Doc. 199), the jury finds in favor of Plaintiff Karen Backues Keil.


April 28, 2022                                                                 Paige Wymore-Wynn
Date                                                                                    Clerk of Court

                                                                                           /s/ Shauna Murphy-Carr
                                                                                           (by) Deputy Clerk