IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KAREN BACKUES KEIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 5:18-CV-06074-BP |
| | ) |
| EDWARD BEARDEN, et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES
IN CASES CONSOLIDATED FOR TRIAL AND POST-TRIAL MATTERS**

Come now Plaintiffs, Karen Keil, Lynnsey Betz, Ashley Zieser, and Trenady George, and for their Motion for Attorney Fees and Expenses, state as follows:

1. Four cases were consolidated for trial under this cause number. All four cases were civil rights lawsuits brought under 42 U.S.C. §1983. The Court has now consolidated the four cases for all post-trial motions. [Doc. 205].

2. Plaintiffs are prevailing parties as the jury awarded them significant damages. [Doc. 199].

3. Plaintiffs now seek their reasonable attorney fees and expenses as allowed by 42 U.S.C. §1988.

4. Plaintiffs are simultaneously filing their Suggestions in Support of this Motion, and attached to those Suggestions are their time records and other supporting material for their fees and expenses.

5. Plaintiffs are seeking a total of $405,622.50 in attorney fees, and $5,014.52 in expenses, as set forth in Exhibit 1 to the Suggestions.

WHEREFORE, Plaintiffs pray for an Order of the Court awarding them $405,622.50 in attorney fees, and $5,014.52 in expenses, and for such other and further relief as may be appropriate.

Respectfully submitted,

/s/ John J. Ammann
John J. Ammann, Mo. #34308
Brendan D. Roediger, Mo. #60585
Susan McGraugh, Mo. #37430
Saint Louis University Legal Clinic
100 North Tucker
St. Louis, Mo. 63101
314-977-2778 fax: 314-977-1180
john.ammann@slu.edu
brendan.roediger@slu.edu
susan.mcgraugh@slu.edu

Jenifer C. Snow, Mo. #67345
The Law Offices of Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, Missouri 63143
(314) 471-2032, fax 314-485-2345
jsnow@jmsllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiffs' Motion for Attorneys' Fees and Expenses has been served upon counsel of record by means of the Court's electronic filing system this 12th day of May, 2022.

/s/ John J. Ammann
John J. Ammann