# EXHIBIT 1

# Exhibit 1

## Attorney Fee Chart

| Name | Law School Grad. Year | Hourly Rate | Keil hours/ fee | Betz hours/ fee | Zieser hours/ fee | George hours/ fee | Consoli-dated hours/ fee | Total Billable Hours | Total Fee |
|---|---|---|---|---|---|---|---|---|---|
| John Ammann | 1984 | $450 | 28.4hours $12,780 | 16.75 hours $7,537.5 | 10.55 hours $4,747.50 | 21.2 hours $9,540 | 193.1 hours $86,895 | 270 (X 450) | $121,500 |
| Susan McGraugh | 1988 | $450 | | 7.9 hours $3,555 | 6.6 hours $2,970 | 11.5 hours $5,175 | 84.8 hours $38,160 | 110.8 (X 450) | $49,860 |
| Brendan Roediger | 2005 | $400 | 37.8 hrs. $15,120 | 20.9 hrs. $,8360 | 26.1hrs. $10,440 | 25.7 hrs. $10,280 | 134.1 hrs. $53,640 | 244.6 (X 400) | $97,840 |
| Ryan Gavin | 1999 | $425 | 39.7 hrs. $16,872.50 | 5.7 / hrs. $2,422.50 | 5.4 hrs. $2,295 | 3.0 hrs. $1,275 | N/A | 53.8 (X 425) | $22,865 |
| Jenifer Snow | 2014 | $375 | 119.4 Total (102.9 Billed) $38,587.50 | 69.8 Total (68.8 Billed) $25,800 | 73.4 Total (72.4 Billed) $27,150 | 54.2 Total (53.2 Billed) $19,950 | N/A | 297.3 (X 375) | $111,487.50 |
| Paralegals | | $150 | 7.0 hours $1,050 | 2.2 hours $330 | 2.5 hours $375 | 2.1 hours $315 | N/A | 13.8 (X 150) | $2,070 |
| 25% of Consolidated hours/fee * | | | 103 hours $44,673.75 | 103 hours $44,673.75 | 103 hours $44,673.75 | 103 hours $44,673.75 | Totals 412 hours Total Cons. fee $178,695 | | |
| Total Hours for Each Plaintiff | | | 318.8 hours | 225.25 hours | 226.55 hours | 219.70 hours | | **990.3 Hours** | |
| Total Fee for Each Plaintiff | | | $129,083.75 | $92,678.75 | $92,651.25 | $91,208.75 | | | 405,622.50 |

# PLAINTIFFS' EXPENSES

| Date | Hotel | Mileage | Description | Amount |
|------|-------|---------|-------------|--------|
| Ammann<br>4-23-22 through<br>4-29-22 | $1,887.21 | Drive from St. Louis to Kansas City, return<br><br>490 miles X<br>.585 IRS rate<br><br>$286.65 | Trial | $1,887.21 |
| Ammann<br>1-21-22 | | Drive from St. Louis to Kansas City and return same day<br><br>490 miles X<br>.585 IRS rate<br><br>$286.65 | Pretrial | $286.65 |
| McGraugh<br>4-23-22 through<br>4-29-22 | | Drive from St. Louis to Kansas City, return<br>556 miles X<br>.585 IRS rate<br>$325.26 | Trial | $325.26 |
| McGraugh<br>2-27-21 | | Drive from St. Louis to Barnett, Mo. For client deposition, return same day<br>336 miles X<br>.56 IRS rate<br>$188.16 | Defend client deposition | $188.16 |
| Snow<br>4-22-22 | | Drive from St. Louis to Vandalia, return same day<br>189.4 miles<br>X .585 IRS rate<br>$110.80 | Prep Dean for trial | $110.80 |
| Snow<br>4-23-22 through<br>4-29-22 | $1,222.57 | Travel by train to KC, Uber to hotel from station $84.22 | Trial | $1306.79 |
| Roediger<br>4-24-22 through<br>4-28-22 | $909.65 | | Trial | $909.65 |
| | | | | TOTAL EXPENSES<br><br>**$5,014.52** |

**M. John Ammann**
**IL**

Company Name:
Group Name:

| | |
|---|---|
| Room No. | : 422 |
| Arrival | : 04.23.22 |
| Departure | : 04.29.22 |
| Folio No. | : |
| Conf. No. | : 76227115 |
| Cashier No. | : 814 |
| Page No. | : 1 of 2 |

| Date | Description | Charges | Payments |
|---|---|---:|---|
| 04.23.22 | Room Charge | 389.00 | |
| 04.23.22 | Room Sales Tax | 42.21 | |
| 04.23.22 | Convention and Tourism Tax | 29.18 | |
| 04.23.22 | Kansas City Fee | 1.50 | |
| 04.23.22 | Room Sales Tax | 0.16 | |
| 04.23.22 | Convention and Tourism Tax | 0.11 | |
| 04.24.22 | Room Charge | 219.00 | |
| 04.24.22 | Room Sales Tax | 23.76 | |
| 04.24.22 | Convention and Tourism Tax | 16.43 | |
| 04.24.22 | Kansas City Fee | 1.50 | |
| 04.24.22 | Room Sales Tax | 0.16 | |
| 04.24.22 | Convention and Tourism Tax | 0.11 | |
| 04.25.22 | Room Charge | 219.00 | |
| 04.25.22 | Room Sales Tax | 23.76 | |
| 04.25.22 | Convention and Tourism Tax | 16.43 | |
| 04.25.22 | Kansas City Fee | 1.50 | |
| 04.25.22 | Room Sales Tax | 0.16 | |
| 04.25.22 | Convention and Tourism Tax | 0.11 | |
| 04.26.22 | Miscellaneous | 12.00 | |
| 04.26.22 | Room Charge | 239.00 | |
| 04.26.22 | Room Sales Tax | 25.93 | |
| 04.26.22 | Convention and Tourism Tax | 17.93 | |
| 04.26.22 | Kansas City Fee | 1.50 | |
| 04.26.22 | Room Sales Tax | 0.16 | |
| 04.26.22 | Convention and Tourism Tax | 0.11 | |
| 04.27.22 | Giftshop Room# 422 : CHECK# 6757 | 38.24 | |
| 04.27.22 | In-Room Dining Dinner Room# 422 : CHECK# 5993 | 32.34 | |
| 04.27.22 | Room Charge | 219.00 | |
| 04.27.22 | Room Sales Tax | 23.76 | |
| 04.27.22 | Convention and Tourism Tax | 16.43 | |
| 04.27.22 | Kansas City Fee | 1.50 | |
| 04.27.22 | Room Sales Tax | 0.16 | |
| 04.27.22 | Convention and Tourism Tax | 0.11 | |
| 04.28.22 | Restaurant Breakfast | 14.00 | |
| 04.28.22 | Room Charge | 219.00 | |
| 04.28.22 | Room Sales Tax | 23.76 | |
| 04.28.22 | Convention and Tourism Tax | 16.43 | |
| 04.28.22 | Kansas City Fee | 1.50 | |

**M. John Ammann**
**IL**

| | |
|---|---|
| Room No. | : 422 |
| Arrival | : 04.23.22 |
| Departure | : 04.29.22 |
| Folio No. | : |
| Conf. No. | : 76227115 |
| Cashier No. | : 814 |
| Page No. | : 2 of 2 |

Company Name:
Group Name:

| Date | Description | Charges | Payments |
|---|---|---|---|
| 04.28.22 | Convention and Tourism Tax | 0.11 | |
| 04.29.22 | Mastercard | | 1,887.21 |
| | XXXXXXXXXXXX███XX/XX | | |
| | **Total** | 1,887.21 | 1,887.21 |
| | **Balance** | | **0.00** |

**Erica**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Tuesday, April 19, 2022 11:45 AM |
| **To:** | Jenifer Snow |
| **Subject:** | Amtrak: eTicket and Receipt for Your 04/23/2022 Trip - JENIFER SNOW |
| **Attachments:** | Snow Jenifer 202204191244460511.pdf |

## SALES RECEIPT

Purchased: 04/19/2022 9:44 AM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 006101 Massachusetts Ave NWWashington, DC 20001800-USA-RAILAmtrak.com

# Reservation Number - 12321AWashington, MO to Kansas City, MO - Union Station (One-Way)APRIL 19, 2022
## Billing Information

JENIFER SNOW1720 BLUEJAY CVSAINT LOUIS, MO 63144

**Visa** ending in 3216 (Purchase)Authorization Code 006484

Total $60

## Purchase Summary - Ticket Number 1090610592164

**TRAIN 313: Washington, MO to Kansas City, MO - Union Station (One-Way)**Depart 5:06 PM, Saturday, April 23, 2022
1 COACH SEAT

$60.00

**Ticket Terms & Conditions** CANCELLATION FEE MAY APPLY.

Subtotal

$60.00

**Total Charged by Amtrak**

**$60.00**

## Passengers

Jenifer Snow

## Important Information

- Tickets are non-transferable.
- Changes to your itinerary may affect your fare. Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, contact us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For more information please visit Amtrak.com/changes.
- Summary of Terms and Conditions: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after day of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage which includes specific terms and conditions and a binding arbitration agreement between Amtrak and the ticket holder. The terms and conditions and arbitration agreement are available at Amtrak.com/terms-and-conditions.html. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

**Mlle Jenifer Snow**
**MO**

| | |
|---|---|
| Room No. | : 225 |
| Arrival | : 04.23.22 |
| Departure | : 04.29.22 |
| Folio No. | : |
| Conf. No. | : 76213857 |

Company Name:

| | |
|---|---|
| Cashier No. | : 814 |

Group Name:

| | |
|---|---|
| Page No. | : 1 of 2 |

| Date | Description | Charges | Payments |
|---|---|---|---|
| 04.23.22 | Room Charge | 269.00 | |
| 04.23.22 | Room Sales Tax | 29.19 | |
| 04.23.22 | Convention and Tourism Tax | 20.18 | |
| 04.23.22 | Kansas City Fee | 1.50 | |
| 04.23.22 | Room Sales Tax | 0.16 | |
| 04.23.22 | Convention and Tourism Tax | 0.11 | |
| 04.24.22 | Room Charge | 149.00 | |
| 04.24.22 | Room Sales Tax | 16.17 | |
| 04.24.22 | Convention and Tourism Tax | 11.18 | |
| 04.24.22 | Kansas City Fee | 1.50 | |
| 04.24.22 | Room Sales Tax | 0.16 | |
| 04.24.22 | Convention and Tourism Tax | 0.11 | |
| 04.25.22 | Room Charge | 159.00 | |
| 04.25.22 | Room Sales Tax | 17.25 | |
| 04.25.22 | Convention and Tourism Tax | 11.93 | |
| 04.25.22 | Kansas City Fee | 1.50 | |
| 04.25.22 | Room Sales Tax | 0.16 | |
| 04.25.22 | Convention and Tourism Tax | 0.11 | |
| 04.26.22 | Room Charge | 149.00 | |
| 04.26.22 | Room Sales Tax | 16.17 | |
| 04.26.22 | Convention and Tourism Tax | 11.18 | |
| 04.26.22 | Kansas City Fee | 1.50 | |
| 04.26.22 | Room Sales Tax | 0.16 | |
| 04.26.22 | Convention and Tourism Tax | 0.11 | |
| 04.27.22 | Room Charge | 149.00 | |
| 04.27.22 | Room Sales Tax | 16.17 | |
| 04.27.22 | Convention and Tourism Tax | 11.18 | |
| 04.27.22 | Kansas City Fee | 1.50 | |
| 04.27.22 | Room Sales Tax | 0.16 | |
| 04.27.22 | Convention and Tourism Tax | 0.11 | |
| 04.28.22 | Room Charge | 149.00 | |
| 04.28.22 | Room Sales Tax | 16.17 | |
| 04.28.22 | Convention and Tourism Tax | 11.18 | |
| 04.28.22 | Kansas City Fee | 1.50 | |
| 04.28.22 | Room Sales Tax | 0.16 | |
| 04.28.22 | Convention and Tourism Tax | 0.11 | |
| 04.29.22 | Visa | | 1,222.57 |
| | XXXXXXXXXXXX XX/XX | | |

2Ic Kansas City

**Mlle Jenifer Snow**
**MO**

| | |
|---|---|
| Room No. | : 225 |
| Arrival | : 04.23.22 |
| Departure | : 04.29.22 |
| Folio No. | : |
| Conf. No. | : 76213857 |
| Cashier No. | : 814 |
| Page No. | : 2 of 2 |

Company Name:
Group Name:

---

**Balance**          **0.00**

| | |
|---|---|
| **From:** | Jenifer Snow <jenifercsnow@gmail.com> |
| **Sent:** | Friday, April 29, 2022 9:10 AM |
| **To:** | Jenifer Snow |
| **Subject:** | Fwd: Your Saturday evening trip with Uber |

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Sun, Apr 24, 2022 at 9:54 AM
Subject: Your Saturday evening trip with Uber
To: <jenifercsnow@gmail.com>

# Uber

Total $24.22
April 23, 2022

# Thanks for riding, Jenifer

We hope you enjoyed your ride
this evening.



## Total                                    $24.22

Trip fare                                                    $21.52

| | |
|---|---|
| Subtotal | $21.52 |
| Wait Time ❓ | $0.29 |
| Booking Fee ❓ | $1.86 |
| Temporary Fuel Surcharge ❓ | $0.55 |

Payments

 **Visus ••••** ~~████~~                                          $24.22
4/24/22 9:54 AM

Download PDF

# You rode with LUTHER

4.95 ★ Rating

👤✓  Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX   1.93 miles | 5 min



**Brendan Roediger**
**4206 Connecticut St**
**St Louis Mo - MO 64134**
**United States**

| | | |
|---|---|---|
| Folio No. | : | **32926** |
| A/R Number | : | |
| Group Code | : | |
| Company | : | **leisure** |
| Membership No. : | **PC** | **220880554** |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. | : | **612** |
| Arrival | : | **04-24-22** |
| Departure | : | **04-29-22** |
| Conf. No. | : | **28558038** |
| Rate Code | : | **IDME0** |
| Page No. | : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---:|---|
| 04-24-22 | *Accommodation | 122.55 | |
| 04-24-22 | KC Convention & Tourism Tax | 9.19 | |
| 04-24-22 | State Lodging Tax | 11.76 | |
| 04-24-22 | Arena Fee | 1.72 | |
| 04-24-22 | PACE-Clean Energy Fee | 7.35 | |
| 04-24-22 | Parking | 20.00 | |
| 04-25-22 | *Accommodation | 132.05 | |
| 04-25-22 | KC Convention & Tourism Tax | 9.90 | |
| 04-25-22 | State Lodging Tax | 12.68 | |
| 04-25-22 | Arena Fee | 1.72 | |
| 04-25-22 | PACE-Clean Energy Fee | 7.92 | |
| 04-25-22 | Parking | 20.00 | |
| 04-26-22 | *Accommodation | 132.05 | |
| 04-26-22 | KC Convention & Tourism Tax | 9.90 | |
| 04-26-22 | State Lodging Tax | 12.68 | |
| 04-26-22 | Arena Fee | 1.72 | |
| 04-26-22 | PACE-Clean Energy Fee | 7.92 | |
| 04-26-22 | Parking | 20.00 | |
| 04-27-22 | *Accommodation | 132.05 | |
| 04-27-22 | KC Convention & Tourism Tax | 9.90 | |
| 04-27-22 | State Lodging Tax | 12.68 | |
| 04-27-22 | Arena Fee | 1.72 | |
| 04-27-22 | PACE-Clean Energy Fee | 7.92 | |
| 04-27-22 | Parking | 20.00 | |
| 04-28-22 | *Accommodation | 132.05 | |



**Brendan Roediger**
**4206 Connecticut St**
**St Louis Mo - MO 64134**
**United States**

| | | |
|---|---|---|
| Folio No. | : | **32926** |
| A/R Number | : | |
| Group Code | : | |
| Company | : | **leisure** |
| Membership No. : | **PC** | **220880554** |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. : | **612** |
| Arrival | : | **04-24-22** |
| Departure | : | **04-29-22** |
| Conf. No. | : | **28558038** |
| Rate Code : | **IDME0** |
| Page No. | : | **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-28-22 | KC Convention & Tourism Tax | 9.90 | |
| 04-28-22 | State Lodging Tax | 12.68 | |
| 04-28-22 | Arena Fee | 1.72 | |
| 04-28-22 | PACE-Clean Energy Fee | 7.92 | |
| 04-28-22 | Parking | 20.00 | |
| 04-29-22 | Visa | | 909.65 |

XXXXXXXXXXX

| | | | |
|---|---|---|---|
| Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review. We look forward to welcoming you back soon. | **Total** | **909.65** | **909.65** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.