# EXHIBIT 3

# Fee Declaration

## Susan McGraugh

1. I am one of the lawyers for the four Plaintiffs in the matter of Karen Kiel et al v. MHM Services, and three companion cases, all of which were consolidated for discovery and for trial. I served as the lead trial counsel in this matter. I am submitting this declaration in connection with the Plaintiffs' Motion for Attorney Fees, and am including my time records which are attached to this declaration.

2. I am 58 years old and employed at Saint Louis University School of Law where I hold the rank of Clinical Professor of Law. I am also the Director of the Criminal Defense Clinic. I've held these positions for the past twenty years. I graduated for of Washington University School of Law in 1988. My career spans thirty years. From 1990-1998 I was a trial attorney for the Missouri State Public Defender. From 1998-2001, I served a s a Municipal Judge for the City of St. Louis. I have tried over 100 felony jury trials to verdict.

3. I've received numerous awards for public service, including awards form the Missouri Lawyers Weekly, The Mound City Bar Association, and the Clinical Legal Education Association.

4. My legal career, with the exception of time employed as a Municipal Judge, has been spent in the service of poor people. On some of my criminal cases, I receive compensation from the US District Court Criminal Justice Act Panel (CJA Panel). I am a lead attorney and handle serious felony cases pending in both state and federal courts. I have tried over 100 felony jury trials to completion.

5. I am a member of the Missouri and Illinois Bars, the Eighth District Court of Appeal, and the Eastern and Western US District Courts of Missouri.

6. This lawsuit was pending for four and a half years. During that time, I have also been obligated to fulfill the requirements of my position as a professor in the clinic and as counsel for over a hundred clients charged with serious criminal offenses. This case resulted in my working additional hours above and beyond what Saint Louis University Law School expects of me, including evenings and weekends.

7. For the past twenty years, I have acted as pro bono counsel for women who are victims of domestic violence and sexual assault, for which I received an award from Legal Advocates for Abused Women in St. Louis. I have sought out and received special training on issues of trauma and serious mental illness among victims of physical and sexual abuse. I also have thirty years of experience in representing people who will be confined, are confined, or have been released from the Missouri Department of Corrections.

8. This case involved four and one half years of investigation, four and a half years of years of litigation, as well as significant litigation expenses. In my experience, the Attorney General's office devotes excellent attorneys and unlimited amounts of hours when it opposes lawsuits filedagainst the State. Multiple attorneys from the Office of the Attorney General represented the Defendants in this case. As lead trial counsel, it was my obligation and privilege to conduct the vast majority of the four day trial, including opening, closing, voir dire, direct examination of three plaintiffs and cross-examination of all the defense witnesses save one. These tasks involved considerable time and effort on my behalf, especially in the weeks leading up to the trial of this case. The Defendant filed over 200 exhibits with which I was obligated to become familiar. I was also responsible

for reviewing and accumulating medical records for each Plaintiff, save Ashley Zeiser, interpreting the results of the records and incorporating that evidence into the trial. I spent considerable time and effort in communicating with each plaintiff as well as preparing them for trial and for their testimony.

9. I believe the hourly rates sought by my colleagues are reasonable as they are comparable with the rates charged by similarly experienced attorneys in Missouri.

10. All of the Plaintiffs' Counsel here exercised reasonable billing judgment. We did not bill for many activities, and limited the number of attorneys for whom we billed when multiple attorneys participated in an activity. I personally did not bill for my participation in the multitude of phone, zoom and in-person meetings among counsel. I have not billed for the time of law students at Saint Louis University who helped with research and other tasks. I have not billed for any activity in which I was not the primary counsel.

11. The hourly rates for the attorneys in this case, and the number of hours expended, are fair and reasonable considering the result achieved, the expertise needed in dealing with the issues surrounding prison sexual abuse and the resultant physical, mental and emotional damage, the vigorous defense by the Attorney General, the large number of documents which had to be reviewed, the number of state employees we needed to depose, and other factors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this, the 10th day of May, 2022, in St. Louis, Missouri.

/S/Susan McGraugh

# Kiel et al v MHM Services

## Time Sheet

## Susan McGraugh

| DATE | Description | TIME | CLIENT |
|---|---|---|---|
| November 13, 2018 | prep for Bearden depo | 1.3 | JOINT |
| November 15, 2018 | conduct Defendant Bearden deposition | 4.5 | JOINT |
| November 15, 2018 | travel for Bearden deposition | 7.2 | JOINT |
| April 27, 2021 | meet with George | 1.5 | George |
| April 27, 2021 | Defend Plaintiff George deposition | 1.1 | George |
| April 27, 2021 | Travel to/from George depo | 5.5 | George |
| August 19, 2021 | Plaintiff records review | 2.1 | JOINT |
| September 13, 2021 | Plaintiff records review | 1.8 | JOINT |
| September 15, 2021 | Defend Betz depo | 2.1 | Betz |
| September 15, 2021 | Meet with Betz | 1.3 | Betz |
| December 28, 2021 | motion in limine research and write | .7 | JOINT |
| December 30, 2021 | motion in limine research | 1 | JOINT |
| January 12, 2022 | Defendant exhibit review | .8 | JOINT |
| January 13, 2022 | voir dire prep and research | .5 | JOINT |
| January 21, 2022 | Pretrial conference | .9 | JOINT |
| January 21, 2022 | travel to KC for pretrial conference | 7.2 | JOINT |
| April 1, 2022 | Defendant Bearden depositions review | 1.5 | JOINT |
| April 11, 2022 | voir dire prep and research | 1.3 | JOINT |
| April 12, 2022 | Prep and file Betz Habeas | .6 | Betz |
| April 12, 2022 | Defendant Bearden cross prep | 2.1 | JOINT |
| April 12, 2022 | Defendant Bearden document review | 2.0 | JOINT |
| April 13, 2022 | Witness Betz direct prep | 2.5 | Betz |
| April 14, 2022 | Witness Zeiser direct research and prep | 3.2 | Zeiser |
| April 22, 2022 | demonstrative evidence prep | 1.5 | JOINT |

| Date | Description | Hours | Allocation |
|---|---|---|---|
| April 23, 2022 | travel to KC for trial | 3.6 | JOINT |
| April 23, 2022 | prep opening | 1.8 | JOINT |
| April 24, 2022 | direct examination prep | 3.0 | Betz, George, Zeiser |
| April 24, 2022 | witness prep George and Zeiser | 4.1 | George and Zeiser |
| April 25, 2022 | trial | 8.5 | JOINT |
| April 25, 2022 | trial prep-open and voir dire | 1.8 | JOINT |
| April 26, 2022 | trial | 9.0 | JOINT |
| April 26, 2022 | trial prep-witnesses Betz, George, Zeiser | 1.2 | Betz, George, Zeiser |
| April 27, 2022 | trial | 9.0 | JOINT |
| April 27, 2022 | trial prep-cross of Defendant Bearden | 1.5 | JOINT |
| April 28, 2022 | trial | 7.5 | JOINT |
| April 28, 2022 | trial prep-closing | 2.1 | JOINT |
| April 29, 2022 | return to STL travel | 3.6 | JOINT |

Total hours : 110.8

Total fee: 110.8 x $450    $49,860