# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| KAREN BACKUES KEIL, ) ) Plaintiff, ) ) v. ) ) EDWARD BEARDEN, ) ) Defendant. ) | Case No. 18-06074-CV-BP |

## AMENDED JUDGMENT IN A CIVIL CASE

 X   **Jury Verdict**.  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 __**Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict entered on April 28, 2022 (Doc. 199), the jury finds in favor of Plaintiff Karen Backues Keil. Judgment against Edward Bearden entered in the amount of $3.5 million in compensatory damages and $1.5 million in punitive damages.

| | |
|---|---|
| May 23, 2022<br>Date | Paige Wymore-Wynn<br>Clerk of Court |
| | /s/ Shauna Murphy-Carr<br>(by) Deputy Clerk |