IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| KAREN BACKUES KEIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:18-CV-06074-BP |
| | ) | |
| MHM SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **Defendant's Motion for New Trial**

Pursuant to Rule 59(a), Defendant respectfully requests that the Court grant a new trial. The trial in this case resulted in a miscarriage of justice for these reasons:

1. The Court erred in consolidating the cases because it caused unfair prejudice to Defendant;

2. The Court denied the admission of Plaintiff's Exhibit 12, which affected the substantial rights of Defendant;

3. The verdict was against the weight of the evidence; and

4. If the Court denies the motion on the above grounds, it should order remittitur because the jury award was grossly excessive and unreasonable on the facts.

For these reasons, Defendant respectfully requests the Court grant its motion and for such further relief as the Court deems just and proper.

1

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Nicolas Taulbee*
Nicolas Taulbee
Missouri Bar Number 61065
Assistant Attorney General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 889-5000
Facsimile: (816) 889-5006
Email: Nicolas.Taulbee@ago.mo.gov
*Attorneys for Defendant Bearden*

**Certificate of Service**

I hereby certify that on May 26, 2022, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Nicolas Taulbee*
Assistant Attorney General